for the District of Columbia granted. *Solicitor General Reed* for petitioner. *Messrs. James Quarles* and *Louis Quarles* for respondent.

No. 847. URBAN PROPERTIES CO. *v.* IRVING TRUST CO., TRUSTEE. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Arthur F. Gotthold* for petitioner. *Mr. Wm. D. Whitney* for respondent.

No. 831. ALEXANDER ET AL. v̇. HILLMAN ET AL. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. W. M. Robinson, Edwin W. Smith, Arthur S. Dayton,* and *E. C. Higbee* for petitioners. *Messrs. Edward W. Knight, George E. Alter,* and *Alexander J. Barron* for respondents.

No. 832. ALEXANDER ET AL. *v.* HILLMAN ET AL. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. W. M. Robinson, Edwin W. Smith, Arthur S. Dayton,* and *E. C. Higbee* for petitioners. *Messrs. Edward W. Knight, George E. Alter,* and *Alexander J. Barron* for respondents.

No. 834. MORRISSEY ET AL., TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Theodore B. Benson* for petitioners. *Solicitor General Reed, Assistant Attorney*

*General Wideman,* and *Messrs. James W. Morris, Norman D. Keller,* and *Carlton Fox* for respondent.

No. 880. McCANDLESS, RECEIVER, *v.* FURLAUD ET AL. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Ralph Royall* for petitioner. *Messrs. Louis B. Eppstein, Ira W. Hirshfield,* and *Louis J. Altkrug* for respondents.

No. 872. BASSICK MANUFACTURING Co. *v.* R. M. HOLLINGSHEAD Co. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. Lynn A. Williams* for petitioner. *Messrs. Frank S. Busser, Leonard L. Kalish,* and *Charles N. Burch* for respondent.

No. 906. ROGERS ET AL. *v.* ALEMITE CORP. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Leonard L. Kalish* and *W. G. Doolittle* for petitioners. No appearance for respondent.

No. 926. WHITE, FORMER COLLECTOR OF INTERNAL REVENUE, *v.* POOR ET AL., EXECUTORS. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Ap-